Paul K. Haines (State Bar No. 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (State Bar No. 286462)
fschmidt@haineslawgroup.com
Andrew J. Rowbotham (State Bar No. 301367)
arowbotham@haineslawgroup.com
HAINES LAW GROUP, APC
2274 East Maple Ave.
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiff
FIDELINA RANGEL

Maureen K. Bogue (State Bar No. 194755)
maureen@pacificemploymentlaw.com
Noah Levin (State Bar No. 263069)
noah@pacificemploymentlaw.com
PACIFIC EMPLOYMENT LAW LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Tel.: (415) 985-7300
Fax: (415) 985-7301

Attorneys for Defendant
FOREST RIVER, INC.

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELINA RANGEL as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>FOREST RIVER, INC., an Indiana Corporation; and DOES 1 through 100,<br><br>          Defendants. | Case No. 5:17-cv-0613 JFW (SSx)<br><br>**CLASS ACTION**<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:   February 2, 2017 |

| 1 | The Court, having considered the Stipulation by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby orders that this action be dismissed without prejudice. |

The Court, having considered the Stipulation by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby orders that this action be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: September 13, 2017

_____
Honorable John F. Walker
United States District Judge